UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KEITH JOHNSON, ET.AL | : | CIVIL NO. 3:95CV2645(DFM) |
| v. | : | |
| GOVERNOR ROWLAND, ET.AL. | : | JANUARY 20, 2004 |

### RULE 41 STIPULATED DISMISSAL

Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, the parties stipulate that the above captioned case may be dismissed with prejudice and without costs.

PLAINTIFFS,
Keith Johnson, et. al.

*Eddie Gilchrist*
Eddie Gilchrist, #122276
a/k/a Jundullah

By: *Robert Gallo*
Robert J. Gallo
McCarter & English
Fed Bar No. ct19982
CityPlace I - 185 Asylum Street
Hartford, CT 06103
Tel: (860) 275-6722
rgallo@mccarter.com

DEFENDANTS,
John Rowland, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: *Steven R. Strom*
Steven R. Strom
Assistant Attorney General
Fed Bar No. ct01211
110 Sherman St
Hartford, CT 06105
Tel: (860) 808-5450
steven.strom@po.state.ct.us

Approved and So Ordered.

By The Court

_____
U.S.D.J./ Clerk/Deputy Clerk